RECEIVED
MAY 24 2006
OFFICE OF
JUDGE TENA CAMPBELL

FILED
U.S DISTRICT COURT
2006 MAY 25 A 10: 03
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:06CV193 TC |
| Petitioner, | : | |
| v. | : | **ORDER** |
| DAVID L. APOSHIAN, | : | District Judge Tena Campbell<br>Magistrate Judge Brooke Wells |
| Respondent. | | |

The United States of America filed a petition to enforce its November 16, 2005 IRS Summons ("the Summons") pursuant to 26 U.S.C. §§ 7402(b) and 7604(a). This Court issued an Order to Show Cause on March 9, 2006, which referred this matter to Magistrate Judge Wells under 28 U.S.C. § 636(b)(3) and directed her to hear the evidence and make a written recommendation to this Court for proper disposition. United States v. Jones, 581 F.2d 816, 817 (10th Cir. 1978) (referring IRS summons enforcement to magistrate judge under 28 U.S.C. § 636(b)(3)). After reviewing the record de novo, I adopt the Magistrate Judge's Report and Recommendation and find that Respondent has failed to show cause why he should not be compelled to comply with the Summons. Consequently, I order Respondent to provide to the IRS the information requested in the Summons **within 20 days** after service upon Respondent of this Order.

DATED this 23 day of May 2006.

BY THE COURT:

_Tena Campbell_
Tena Campbell, United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Utah, and that a copy of the foregoing Order was mailed, postage prepaid, this  24th  day of May, 2006 to the following:

David L. Aposhian
P.O. Box 27651
Salt Lake City, UT 84127

